IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| WILLIAM WHITMAN, )<br>)<br>*Plaintiff,* )<br>v. )<br>) Civil Action No. 1:24-cv-1376 (PTG/WEF)<br>SOCIAL SECURITY ADMINISTRATION, *et* )<br>*al.*, )<br>)<br>*Defendants.* ) | |

## ORDER

This matter comes before the Court on the April 1, 2025 Report and Recommendation ("R&R") from Magistrate Judge William E. Fitzpatrick regarding Defendants' Motion to Dismiss (Dkt. 19). Dkt. 29. Judge Fitzpatrick advised the parties that objections to the R&R must be filed within fourteen (14) days of service and failure to object waives appellate review. Dkt. 29 at 27. To date, no objections have been filed.

After reviewing the record and Judge Fitzpatrick's Recommendation, and finding good cause, the Court hereby **APPROVES** and **ADOPTS** the findings Judge Fitzpatrick set forth in the R&R (Dkt. 29). Accordingly, it is hereby

**ORDERED** that Defendants' Motion to Dismiss (Dkt. 19) is **GRANTED**; and it is further

**ORDERED** that all counts are dismissed with prejudice as to all Defendants.

It is **SO ORDERED.**

\*\*\*

To appeal this decision, Plaintiff must file a written notice of appeal with the Clerk of the Court within sixty (60) days of the date of entry of this Order. A notice of appeal is a short statement

indicating a desire to appeal, including the date of the order Plaintiff wants to appeal. Plaintiff need not explain the grounds for appeal until so directed by the court of appeals. Failure to file a timely notice of appeal waives Plaintiff's right to appeal this decision.

Entered this 17th day of June, 2025
Alexandria, VA

Patricia Tolliver Giles
United States District Judge